AUSA: Julia DeLapp Telephone: (313) 224-8979

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Ryan Thick, ATF Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Denon Owensby

Case No.

Case: 2:26−mj−30680
Assigned To : Unassigned
Assign. Date : 10/28/2026
Description: RE: DENON OWENSBY (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 28, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearms |
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Ryan Thick, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: October 28, 2026

City and state: Detroit, MI

Honorable David R. Grand, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ryan Thick, being first duly sworn, hereby depose and state as follows:

## I. INTRODUCTION AND AGENT BACKGROUND

1. I have personal knowledge of the facts set forth in this affidavit with the exception of the matters expressly stated to be based upon information and belief.

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been since November 2022. I have a bachelor's degree in criminal justice and a master's degree in business management and leadership. To become an ATF Special Agent, I completed 26 weeks of training, including the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. Throughout my law enforcement career, I have participated in numerous state and federal investigations into firearm and explosive offenses. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and recognition of common subject behavior.

3. While with ATF, I have investigated violent crimes, narcotics trafficking, and firearms related criminal violations. I have executed search and arrest warrants, utilized confidential informants, performed interviews, analyzed

data extracted from seized cellular devices, and engaged various surveillance techniques, including physical, electronic, and visual surveillance.

4. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered to conduct investigations and make arrests of offenses enumerated under federal law.

5. I am currently assigned to the Pontiac Gun Violence Task Force ("GVTF"). Additionally, I am a member of the ATF led Crime Gun Enforcement Team ("CGET"). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of Michigan.

6. The facts in this affidavit come from my personal observations, interviews conducted by myself and/or other law enforcement agents, review of relevant police reports, information from others who have personal knowledge of the events, circumstances described herein, and my training and experience. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

7. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that Denon OWENSBY (DOB: XX/XX/1990), possessed a firearm as a convicted felon, in violation of 18 U.S.C. § 922(g)(1), and possessed with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1).

## II. PROBABLE CAUSE

8. On April 27, 2021, OWENSBY pleaded guilty to and was convicted of felony unarmed robbery in the 3rd Circuit Court in Detroit, an offense that carries up to 15 years in prison.

9. On November 18, 2022, OWENSBY pleaded guilty to and was convicted of felony controlled substance possession (cocaine, heroin, or another narcotic, less than 25 grams), in the 3rd Circuit Court in Detroit, an offense that carries up to 4 years in prison.

10. As a result of these convictions, OWENSBY is a convicted felon prohibited from possessing firearms under 18 U.S.C. § 922(g)(1). I know from my training and experience that OWENSBY would have been notified of the maximum punishment for these offenses at the time he entered his guilty pleas, and therefore, he knows he is a convicted felon.

11. On October 28, 2026, the ATF, Detroit Police Department, and other agencies executed state search warrants at multiple locations associated with Denon OWENSBY, including 5XXX Philip Street and 5XXX Iroquois Street as part of an investigation into a shooting into an occupied vehicle parked in a driveway on Fairview Street in Detroit on September 24, 2026. Detroit Police collected 7.62 caliber fired cartridge casings from the shooting scene.

12. Through the investigation into the shooting, ATF identified the suspect vehicle as a gold 1997 Chevy Tahoe that is registered to a woman believed to be OWENSBY's mother. OWENSBY regularly drives the Tahoe.

13. When law enforcement executed the search warrant at 5XXX Iroquois Street, they saw OWENSBY's Tahoe parked outside. OWENSBY was not present at that location; however, law enforcement found six firearms inside 5XXX Iroquois, including:

a. Glock, model 19, 9mm pistol, bearing serial number BTXD965

b. Romarm Cugir, 7.62 caliber pistol, bearing serial number PMD-09304-18RO

c. Anderson Arms, multi-caliber pistol, bearing serial number 20067568

d. Savage, model 111, 270 Winchester, bearing serial number G283215

14. When law enforcement executed the search warrant at 5XXX Philip Street, OWENSBY was walking out the front door of the residence and was taken into custody.

15. During a search incident to arrest of OWENSBY, law enforcement found on his person a bag containing suspected crack cocaine of 32 individually packaged bags, weighing approximately 10 grams combined (inclusive of packaging materials), and another bag containing approximately 9 grams (inclusive of packaging materials) of what appeared to be fentanyl.

16. Agents advised OWENSBY of his *Miranda* rights and questioned him. During the interview, OWENSBY admitted to possessing four firearms found at 5XXX Iroquois, as identified above; he stated that he purchased them from a drug user. OWENSBY admitted to knowingly possessing all the drugs on his person and further admitted to distributing drugs, specifically saying the crack cocaine on his person was purchased for somebody else.

17. On October 28, 2026, law enforcement officers completed a field test on the suspected controlled substances, utilizing a handheld Mass Spectrometer that presumptively identified the controlled substances as cocaine and fentanyl. Agents weighed the controlled substances, including packaging, utilizing a digital scale. The approximate weights were 10 grams of suspected cocaine and 9 grams of suspected fentanyl.

18. My training and experience have caused me to recognize that crack cocaine is typically sold in 0.1 to 0.3 gram increments, which is consistent with the individually packaged cocaine seized from OWENSBY's person. In total, there were approximately 32 individually packaged bags of suspected crack cocaine, which would equate to approximately 32 doses. In my experience, this is more than an individual consumer amount. And OWENSBY admitted that he planned to distribute to others.

19. My training and experience related to fentanyl distribution has caused me to know it is similarly sold in small quantities which range from 0.1 to 0.3 gram

increments. The 9 grams OWENSBY possessed equates to approximately 30-90 doses.

20. It is my opinion, based upon my training and experience, that the amount of crack cocaine and fentanyl that OWENSBY had on his person and the manner of packaging, including the multiple individual baggies, and his admissions, indicate that OWENSBY intended to distribute the crack cocaine and fentanyl.

## *INTERSTATE NEXUS*

21. ATF Interstate Nexus Expert, Special Agent Jimmie Pharr was provided a verbal and visual description of the Glock, model 19, 9mm pistol, bearing serial number BTXD965, Romarm Cugir, 7.62 caliber pistol, bearing serial number PMD-09304-18RO, Anderson Arms, multi-caliber pistol, bearing serial number 20067568, and Savage, model 111, 270 Winchester, bearing serial number G283215 that were found at 5XXX Iroquois Street in Detroit. SA Pharr advised that the firearms were manufactured outside of the state of Michigan and thus had traveled in and affected interstate or foreign commerce.

## III. Conclusion

22. Based on the above, there is probable cause to believe that on or about October 28, 2026, in the Eastern District of Michigan, OWENSBY possessed firearms as a convicted felon, in violation of 18 U.S.C. § 922(g)(1), and possessed with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1).

Respectfully submitted,

Ryan Thick
ATF Special Agent

Sworn to before me and signed in my
presence and/or by reliable electronic means.

HONORABLE DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF MICHIGAN

DATE: October 28, 2026